UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DAVIS,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND ANDREA CABRAL (in her official capacity),<br><br>    Defendants | Civil Action No. 04-11851-WGY |

## DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

Now come the above defendants, with the assent of the plaintiff, who move this Honorable Court for an extension of time until October 22, 2004 to respond to the instant complaint. As grounds for the instant motion, defendants state that this brief extension is necessary due to the number of issues raised in the complaint (which was served upon defendants on September 15, 2004) as well as defendants' counsel's schedule.

### Plaintiff's Assent

I hereby certify that I spoke with Attorney Christie Charles of George Gormley's Office on Friday, September 24, 2004, and she has assented to the instant motion.

/s/_____
James M. Davin

Respectfully submitted for all
DEFENDANTS,
By their attorney

/s/_____
James M. Davin, BBO # 566973
Deputy General Counsel
Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
(617) 989-6679