≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

PAUL DAVIS

V.

SUFFOLK COUNTY, SUFFOLK COUNTY SHERIFF'S DEPARTMENT, and ANDREA CABRAL (in her official capacity)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11851 WGY

TO: (Name and address of Defendant)

Andrea J. Cabral, Suffolk County Sheriff
Suffolk County Sheriff's Department
House of Correction
20 Bradston Street
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George F. Gormley
George F. Gormley, P.C.
655 Summer Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                AUG 2 5 2004
CLERK                                       DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 15th, 2004 |
| NAME OF SERVER (PRINT) Joseph Hamelburg | TITLE Constable Boston |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Judy Pierce, records clerk for Andrea J. Cabral Suffolk County Sheriff Dept. House of Correction.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 15th '04
Date

Signature of Server: J.E. Hamelburg
Constable
565 Mass. Ave, Boston, Ma.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.