UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL DAVIS, | ) | |
| Plaintiff | ) ) ) | |
|  | ) | Civil Action No. 04-11851-WGY |
| v. | ) ) | |
| SUFFOLK COUNTY, SUFFOLK COUNTY SHERIFF'S DEPARTMENT AND ANDREA CABRAL (in her official capacity), | ) ) ) ) ) | |
| Defendants | ) ) | |

## DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

Now come defendants Suffolk County, the Suffolk County Sheriff's Department and Andrea Cabral (in her official capacity), who respectfully request that this Honorable Court dismiss the instant complaint in its entirety. As grounds for said motion, defendants rely on the accompanying memorandum of law.

        Respectfully submitted for all
        DEFENDANTS,
        By their attorney

        /s/_____
        James M. Davin, BBO # 566973
        Deputy General Counsel
        Suffolk County Sheriff's Dept.
        200 Nashua Street
        Boston, MA 02114
        (617) 989-6679

**Local Rule 7.1 Certification**

I hereby certify that I spoke with plaintiff's counsel on October 19, 2004 and attempted to resolve the issues raised in the instant motion.

        /s/_____
        James M. Davin