

# Suffolk County Sheriff's Department



**ANDREA J. CABRAL**
SHERIFF

| Jail | House of Correction |
|---|---|
| 200 Nashua Street | 20 Bradston Street |
| Boston, MA 02114 | Boston, MA 02118 |
| (617) 635-1100 | (617) 635-1000 |

July 15, 2003

Officer Paul Davis
715 East Street
Mansfield, MA 02048

## NOTICE OF TERMINATION

Dear Officer Davis:

On May 2, 2003, you were present with counsel and union representation at a departmental disciplinary hearing, the purpose of which was to determine whether just cause exists to impose discipline against you as a result of your violation of department policies as summarized in the Notice of Disciplinary Hearing dated April 22, 2003.

After considering the evidence presented at this hearing, the Hearing Officer has determined that, among other things, you filed numerous false and misleading incident reports and use of force reports; repeatedly covered up the use of excessive force by other jail officers; repeatedly failed to take affirmative or remedial actions when officers used excessive force against detainees; repeatedly lied to and misled superior officers in your verbal and written reports on incidents involving excessive use of force against detainees; lied to SID investigators and interfered in SID investigations into use of excessive force by officers; initially lied to the FBI about your knowledge of and involvement in the use of excessive force and cover-up of department policies; knowingly and intentionally violated department policies; and never reported the actions of other officers to superior officers who you knew did not approve of or condone the abusive treatment of detainees.

The Hearing Officer specifically determined that you violated each provision of Suffolk County Sheriff's Department Policy S-220 as charged in the Notice of Disciplinary Hearing, and that just cause exists for the imposition of discipline against you.

Given the egregious nature of your actions, and your repeated and flagrant disregard of departmental policies, you are hereby terminated as a Jail Officer, effective immediately. Please turn in your badge, identification and access cards and any other county property in your possession to the Superintendent as soon as possible.

Sincerely,

Eugene Sumpter
Deputy Superintendent

cc:    Elizabeth Keeley, Chief of Staff
       Gerard Horgan Superintendent
       ✓Anne Powers, General Counsel
       Richard Tranfaglia, Director of Personnel
       John Barnes, JOEASC
       George Gormley, Esq.

Enc.   Chapter 35 of the Acts of 1960; M.G.L. c. 31 §§ 43, 45
       *How to File for Unemployment Insurance Benefits*