UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-11851-WGY |
| v. ) | |
| ) | |
| SUFFOLK COUNTY, SUFFOLK ) | |
| COUNTY SHERIFF'S ) | |
| DEPARTMENT, AND ANDREA ) | |
| CABRAL (in her official capacity) ) | |
| ) | |
| Defendants. ) | |

### ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Now comes the Plaintiff, PAUL DAVIS, and respectfully requests an enlargement of time in which to file a response to Defendants' Motion to Dismiss the Plaintiff's Complaint. Plaintiff requests that the time for filing a response be enlarged to and including December 1, 2004. Counsel for Plaintiff has conferred with counsel for Defendants, who has indicated his assent to this request.

Respectfully submitted,
**PAUL DAVIS**
By his attorney,

_George F. Gormley_ /s/
George F. Gormley (BBO# 204140)
George F. Gormley, P.C.
655 Summer Street
Boston, MA 02210
(617) 478-2750

**Assented to by:**
Attorney for all Defendants

_James M. Davin_ /s/
James M. Davin (BBO# 566973)
Deputy General Counsel
Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
(617) 989-6679

I certify that ... copy of the above document ... d upon the attorney of ... for each other party by MAIL AND on the date stated herein

_____

Dated: 11-1-04