UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DAVIS, )<br>)<br>   Plaintiff, )<br>)    Civil Action No. 04-11851-WGY<br>v. )<br>)<br>SUFFOLK COUNTY, SUFFOLK )<br>COUNTY SHERIFF'S )<br>DEPARTMENT, AND ANDREA )<br>CABRAL (in her official capacity) )<br>)<br>   Defendants. ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Now comes plaintiff Paul Davis, and respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss the Plaintiff's Complaint. As grounds for this opposition, plaintiff relies on the accompanying memorandum of law.

                                    Respectfully submitted,
                                    **PAUL DAVIS**
                                    By his attorneys,

                                    /s Christie M. Charles
                                    _____
                                    George F. Gormley (BBO# 204140)
                                    Christie M. Charles (BBO# 646995)
                                    *George F. Gormley, P.C.*
                                    655 Summer Street
                                    Boston, MA 02210
                                    (617) 478-2750

**Dated:** December 1, 2004