UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL DAVIS, )<br> )<br> Plaintiff )<br> ) Civil Action No. 04-11851-WGY<br> v. )<br> )<br>SUFFOLK COUNTY, AND )<br>ANDREA CABRAL (in her official )<br>capacity), )<br> )<br> Defendants ) | |

## **Defendant's Certification Pursuant to Local Rule 16.1**

The undersigned certify that they have conferred with a view to establishing a budget for the cost of conducting the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/_____    /s/_____
Anne P. Powers, General Counsel            James M. Davin, Esq.
Suffolk County Sheriff's Department

Date: _____                            Date: _____