UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
PAUL DAVIS,                                          )
                                                    )
      Plaintiff                                )
                                                    )         Civil Action No. 04-11851-WGY
      v.                                       )
                                                    )
SUFFOLK COUNTY et al                                )
                                                    )
      Defendants                               )
_____)

## PARTIES' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

      Now come the parties to this action, who jointly move this Court to endorse the attached

Protective Order relative to the instant proceeding.  In support of this motion, the parties state

that they have agreed upon the terms of the Protective Order, and believe it is appropriate in the

instant case due to the nature of the case and the nature of some of the materials sought in

discovery.

                                              Respectfully submitted

For the PLAINTIFF                                   For the DEFENDANTS
By his attorneys                                    By their attorney


/s/ Christie M. Charles_____                    /s/ James M. Davin_____
George F. Gormley, BBO#204140                        James M. Davin, BBO# 566973
Christie M. Charles, BBO# 646995                     Deputy General Counsel
*George F. Gormley, P.C.*                            Suffolk County Sheriff's Dept.
655 Summer Street                                    200 Nashua Street
Boston, MA 02210                                     Boston, MA 02114
(617) 478-2750                                       (617) 989-6679