UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL DAVIS
    Plaintiff

V.                                        CIVIL ACTION
                                                            04-11851 PBS

SUFFOLK COUNTY
SUFFOLK COUNTY SHERIFF'S DEPARTMENT
ANDREA CABRAL
    Defendant

## SECOND NOTICE OF MEDIATION

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to M.J. Joyce London Alexander, for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| **X** | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR. The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who will be attending with decision making authority and shall be served on all other parties. The parties may also provide copies of pleadings or any other information that may be helpful to the neutral and other parties in preparing for a productive session. Memoranda and other material submitted to the ADR provider shall NOT be filed with, nor revealed to, the Court.

The ADR proceeding with principals present has been scheduled for **MEDIATION** on **NOVEMBER 15, 2005 at 10:00 AM** in Courtroom 24 on the 7TH floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                HONORABLE JOYCE LONDON ALEXANDER
                                U.S. MAGISTRATE JUDGE
                                By the Court:

<u>JULY 5, 2005</u>                     <u>/S/ Rex Brown</u>
Date                              Courtroom Clerk