UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL DAVIS,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY, AND<br>ANDREA CABRAL (in her official capacity),<br><br>    Defendants | Civil Action No. 04-11851-WGY |

## Index of Documents Attached to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1

| EXHIBIT NO. | DESCRIPTION OF DOCUMENT |
|---|---|
| 1. | Plaintiff's Response to Defendants' Request for Admissions. |
| 2 | Transcript from Paul Davis' May 23, 2002 Disciplinary Hearing |
| 3 | Transcript from Paul Davis' federal court testimony on March 5, 2003 in USA v. Donnelly et al. |
| 4 | Transcript from Paul Davis' federal court testimony on March 6, 2003 in USA v. Donnelly et al. |
| 5 | Affidavit of Superintendent Eugene Sumpter |
| 6 | Suffolk County Sheriff's Department Policy S-505 (Use of Force) |
| 7 | Suffolk County Sheriff's Department Policy S-220 (Employee General Conduct) |
| 8 | Examination taken by Paul Davis on December 5, 1997 |
| 9 | Examination taken by Paul Davis on February 2, 2001 |
| 10 | Examination taken by Paul Davis on February 5, 2002 |

| | |
|---|---|
| 11 | Affidavit of Sheriff Andrea J. Cabral |
| 12 | Letter to Sheriff Andrea Cabral from US Attorney Michael Sullivan on behalf of Paul Davis |
| 13 | Letter to Sheriff Andrea Cabral from US Attorney Michael Sullivan on behalf of Brian Murphy |
| 14 | Hearing Officer Elizabeth Keeley's Findings of Facts in Disciplinary Hearing of Paul Davis |
| 15 | Paul Davis' Notice of Termination dated July 15, 2003 |
| 16 | Settlement Agreement between the Suffolk County Sheriff, Jail Officer Brian Murphy and the Jail Officers and Employees' Association of Suffolk County |
| 17 | Use of Force Report written by Paul Davis relative to detainee Sean Milliken |
| 18 | Use of force narrative report written by Paul Davis relative to detainee Sean Milliken |
| 19 | Use of Force Report written by Paul Davis relative to detainee William Doocey |
| 20 | Disciplinary Report written by Paul Davis relative to detainee Reginald Roscoe |
| 21 | Affidavit of Superintendent of Human Resources Michael Harris |
| 22 | Portions of Docket Report in case of <u>USA v. Donnelly et al.</u> |