September 15, 2005

Office of the Civil Clerk
United States District Court
District of Massachusetts
New Federal Courthouse
One Courthouse Way
Boston, MA 02109

      RE:    **Paul Davis v. Suffolk County et al., United States District Court,
C.A. No. 04-11851-WGY**

Dear Sir or Madam:

Please find enclosed the following:

1.     Courtesy copy of Defendants' Motion for Summary Judgment;

2.     Courtesy copy of Memorandum in Support of Defendants' Motion for Summary Judgment;

3.     Courtesy copy of Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1;

4.     Courtesy copy of Index of Documents Attached to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and

5.     Bound Volume of Documents Attached to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1.

Please note that the last item above was not filed electronically with the Court. Based on the number of documents included, I spoke with Docket Clerk Marie Bell, who informed me that it could be bound and filed directly with the Court.

Thank you for your attention to this matter.

Very truly yours,

/s/ James M. Davin

James M. Davin
Deputy General Counsel

Enc.
cc:    Christie Charles, Esq.