UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DAVIS,                )<br>                            )<br>    Plaintiff,            )<br>                            )       Civil Action No. 04-11851-WGY<br>v.                          )<br>                            )<br>SUFFOLK COUNTY AND          )<br>ANDREA CABRAL              )<br>(in her official capacity)  )<br>                            )<br>    Defendants.             ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Now comes plaintiff in the above-captioned matter, PAUL DAVIS, and respectfully requests that this Honorable Court deny Defendants' Motion for Summary Judgment. As grounds for this opposition, plaintiff relies on the accompanying memorandum of law, as well as his Statement of Disputed Facts Pursuant to Local Rule 56.1.

                                                         Respectfully submitted,
                                                         **PAUL DAVIS**
                                                         By his attorneys,

                                                         /s Christie M. Charles
                                                         _____
                                                         George F. Gormley (BBO # 204140)
                                                         Christie M. Charles (BBO # 646995
                                                         ***George F. Gormley, P.C.***
                                                         655 Summer Street
                                                         Boston, MA 02210
                                                         (617) 478-2750

**Dated:**         September 29, 2005