UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-11851-WGY |
| v. | ) | |
| | ) | |
| SUFFOLK COUNTY AND | ) | |
| ANDREA CABRAL | ) | |
| (in her official capacity) | ) | |
| | ) | |
| Defendants. | ) | |

## INDEX OF DOCUMENTS ATTACHED TO PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1

Exhibit A:    Affidavit of Paul Davis

Exhibit B:    Plaintiff's Response to Defendants' Request for Admissions

Exhibit C:    Report of the Special Commission on the Suffolk County Sheriff's Department ("Stern Report");

Exhibit D:    Report of Professor Raymond Helgemoe

Exhibit E:    Boston Globe Article ("Court documents contradict Cabral in whistleblower case")

Respectfully submitted,
**PAUL DAVIS**
By his attorneys,


/s Christie M. Charles
_____
George F. Gormley (BBO # 204140)
Christie M. Charles (BBO # 646995
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750


**Dated:**      September 29, 2005