UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DAVIS, )<br>)<br>    Plaintiff )<br>) Civil Action No. 04-11851-WGY<br>    v. )<br>)<br>SUFFOLK COUNTY, SUFFOLK )<br>COUNTY SHERIFF'S )<br>DEPARTMENT AND ANDREA )<br>CABRAL (in her official capacity), )<br>)<br>    Defendants ) | |

### DEFENDANTS' MOTION TO STRIKE MATERIALS INCLUDED IN PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move this Honorable Court to strike from the summary judgment record the following materials included in Plaintiff's Opposition to Defendants' Motion for Summary Judgment: (1) the Report on the Special Commission on the Suffolk County Sheriff's Department (Exhibit C); (2) ¶¶ 6, 9 and 10 of Paul Davis' affidavit (Exhibit A); (3) the July 22, 2005 Boston Globe article (Exhibit E); and (4) the Report of Raymond Helgemoe (Exhibit D).

In support of this Motion, Defendants rely on the attached memorandum of law.

### Local Rule 7.1 Certification

I hereby certify that I have conferred with plaintiff's counsel on October 5, 2005 in an attempt to narrow the issues raised by Defendants' Motion to Strike.

/s/ James M. Davin

Respectfully Submitted,
For the Defendants
By their Attorney

1

2

                                                   /s/ James M. Davin
                                                   James M. Davin
                                                 B.B.O. # 566973
                                                 Deputy General Counsel
                                                 Suffolk County Sheriff's Department
                                                 200 Nashua Street
                                                 Boston, MA  02114
Date:   October 5, 2005                          (617) 9616679