# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 PAUL DAVIS
　　　　　　　　Plaintiff(s)

V.

 SUFFOLK COUNTY ET AL
　　　　　　　　Defendant(s)

CIVIL ACTION

NO.  04-11851 WGY

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO DISTRICT JUDGE YOUNG

[  ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]     On October 13, 2005  I held the following ADR proceeding:

_____        SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

\_\_\_X\_\_\_        MEDIATION                            _____ SUMMARY BENCH / JURY TRIAL

_____        MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except

_____].

The case was:

[  ]     Settled.  Your clerk should enter a _____ day order of dismissal.

[  ]     There was progress.  A further conference has been scheduled for _____ unless

the case is reported settled prior to that date.

[ X ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[  ]     Suggested strategy to facilitate settlement:

_____

_____

 OCTOBER 20, 2005                             /S/ JOYCE LONDON ALEXANDER
　　　　　DATE                                     ADR Provider
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE