UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                Civil Action
                No: **04-11851-WGY**

**PAUL DAVIS.**
**Plaintiff**

v.

**SUFFOLK COUNTY, ET AL**

**Defendant**

## JUDGMENT

    This action came before the court on a Motion for Summary Judgment by the Defendants. After a hearing on Oct. 26, 2005, the Court orders the motion Allowed. Judgment enters for the Defendants Suffolk County, Suffolk County Sheriff's Department and Andrea Cabral.

                **Sarah A. Thornton**
                **Clerk**

                **/s/ Elizabeth Smith**
                **Deputy Clerk**

**Oct. 27, 2005**
**To: All Counsel**